195 So.2d 145

**AMERICAN SUGAR COMPANY**

v.

**Richard E. BROWN, Administrator, Division of Employment Security, Department of Labor, State of Louisiana.**

No. 48571.

Feb. 23, 1967.

In re: F. C. Doyal, Jr., Administrator of the Division of Employment Security, Department of Labor, State of Louisiana, applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 193 So.2d 326.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in the judgment complained of.

■

195 So.2d 145

**Mary Estus WEBB, Administratrix, etc.**

v.

**ZURICH INSURANCE COMPANY et al.**

No. 48550.

Feb. 23, 1967.

In re: Mrs. Mary Estus Webb, administratrix of the estate of Jesse L. Webb, Jr., deceased, applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 194 So.2d 436.

Writ granted, with the exception of applicant's claim against Cessna which is denied for the same reasons assigned in refusing the application in Owen v. Cessna Aircraft Co., 250 La. 258, 195 So.2d 143.

SANDERS, J., concurs in the granting of the writ, but is of the opinion that it should be unlimited since the ground assigned for rejecting res ipsa loquitur is contrary to the jurisprudence, though the result in this regard may be correct.